UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Neil Morgan,

                             Petitioner,          <u>ORDER</u>

      - against -                               16 Civ. 04704 (KMK)
                                                       11 Cr.   00500 (KMK)

United States of America,

                             Respondent.

-----------------------------------------------------------x

       The United States of America shall respond to Petitioner's application, pursuant to 28 U.S.C. §2255, within 30 days of the date of this order.

       Upon receipt thereof, this Court will make such other or further order as may be appropriate so that these proceedings may be heard and determined.

Dated: White Plains, New York
        April 10, 2025

                                                             SO ORDERED

                                                             Kenneth M. Karas, U.S.D.J.